■ In the Matter of BRENDA S. FERGUSON, Appellant, v MITCHELL GONYOU, Respondent. Memorandum: The record supports Family Court's conclusion that petitioner did not carry her burden of proving respondent's paternity by " 'clear and convincing' evidence" (*Matter of Commissioner of Social Servs. v Philip De G.,* 59 NY2d 137, 141, citing *Matter of Lopez v Sanchez,* 34 NY2d 662, 663). We note that the fact finder's determination as to the credibility of witnesses is entitled to " 'great weight' " (*Matter of Karen K. v Christopher D.,* 89 AD2d 955, 956; *Matter of Susan W. v Amhad Q.,* 65 AD2d 594, *lv denied* 46 NY2d 1037). (Appeal from order of Jefferson County Family Court, Parker, J. — paternity.) Present — Hancock, Jr., J. P., Callahan, Boomer, Green and Schnepp, JJ.